No. 180. GIORDANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob P. Lefkowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 183. WATSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 184. BENEFICIAL FINANCE CO. OF NORTH JERSEY *v.* RAY, TRUSTEE. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioner. *J. Edward Worton* for respondent.

No. 185. THOMAS *v.* YOUNGSTOWN SHEET & TUBE CO. ET AL. C. A. 10th Cir. Certiorari denied. *Allen A. Thoreen* and *Clayton H. Morrison* for petitioner. *Samuel S. Sherman, Jr.,* for respondent Webb & Knapp, Inc.

No. 186. MENSIK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Kinsey T. James* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Carolyn R. Just* for respondent.

No. 190. MOUNT HOLLY-BURLINGTON BROADCASTING CO., INC. *v.* HALPERN ET AL., DOING BUSINESS AS BURLINGTON BROADCASTING CO., ET AL. C. A. D. C. Cir. Certiorari denied. *Benito Gaguine* and *Joseph J. Kessler* for petitioner. *Solicitor General Cox* and *Henry Geller* for respondent Federal Communications Commission.